State v. Hickerson

---

---

STATE OF NORTH CAROLINA v. RICHARD LEE HICKERSON

No. 828SC399

(Filed 2 November 1982)

Criminal Law § 158— failure of record to indicate superior court's jurisdiction—no jurisdiction in appellate court
    Where there was nothing in the record to indicate that the superior court had jurisdiction to rule on a defendant's motion to quash a count of his bill of indictment, a misdemeanor, the Court of Appeals had no jurisdiction to hear the appeal.

APPEAL by State from *Stevens, Judge.* Order entered 5 April 1982 in Superior Court, WAYNE County. Heard in Court of Appeals 20 October 1982.

---

State v. Shackleford

---

*Attorney General Rufus L. Edmisten, by Assistant Attorney General Jane P. Gray and Deputy Attorney General William W. Melvin, for the State, appellant.*

*Duke and Brown, by John E. Duke, for the defendant, appellee.*

HEDRICK, Judge.

The defendant was charged in a four-count bill of indictment in the Superior Court with felonious possession of marijuana, carrying a concealed weapon, a misdemeanor, driving under the influence, a misdemeanor, and driving under the influence a second offense, a misdemeanor. All four offenses allegedly occurred on 12 February 1982.

Defendant made a motion in the Superior Court "to quash" Count IV of the bill of indictment, and the State appealed from an order dismissing Count IV.

There is absolutely nothing in this record to indicate that the Superior Court had jurisdiction to rule on the defendant's motion to quash Count IV of the bill of indictment, a misdemeanor. Thus, we have no jurisdiction to hear the appeal.

Appeal dismissed.

Judges WEBB and BECTON concur.